No. 04–6898.  VASQUEZ-FONSECA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–6899.  JOELSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 03–1514.  UNITED STATES *v.* VARGAS-DURAN.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 04–181.  IRVING PULP & PAPER, LTD., DBA IRVING PAPER *v.* CAPITAL FACTORS, INC.  C. A. 7th Cir.  Motion of Travelers Casualty and Surety Company of America et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 04–333.  LOWE *v.* WAL-MART STORES, INC. ASSOCIATES HEALTH AND WELFARE PLAN ET AL.  C. A. 11th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–354.  KENNEDY ET UX. *v.* CHASE MANHATTAN BANK, USA, NA, ET AL.  C. A. 5th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–6242.  KLAT *v.* CALIFORNIA BOARD OF REGISTERED NURSING.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 04–6609.  ROBINSON *v.* GIURBINO, WARDEN.  C. A. 9th Cir. Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.